UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RUNWAY LIQUIDATION HOLDINGS, LLC. *et al.*, | : | Case No. 17-10466(SCC) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| RUNWAY LIQUIDATION, LLC, | : | |
| | : | Adv. Pro. No. 19-01082(SCC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| TIMEX GARMENT (PVT) LTD., | : | |
| | : | |
| Defendant. | : | |

## MEDIATOR'S REPORT

Sean C. Southard, reports as follows:

1. I am the mediator selected in the above-captioned adversary proceeding and related chapter 11 cases. This shall serve as my report concerning the mediation of this matter.

2. On the 20th of November, 2019, I conducted an in-person mediation session in New York, NY (the "Mediation"). At the conclusion of the in-person session, the Mediation was determined to be left open and I communicated with the parties on several occasions thereafter. As of December 11, 2019, it was determined that the Mediation should not be continued at this time.

3. The following individuals were present in person at the Mediation:
   a. For Plaintiff – Mr. Jason Pomerantz, as counsel (client representative by phone).
   b. For Defendant – Mr. Robert Spence, as counsel (client representative by phone).

4. All parties in attendance at the Mediation participated in good faith and in compliance with the requirements of this Court's order and applicable guidelines.

5. The Mediation did not result in a settlement.

Dated: New York, New York
      December 12, 2019

                KLESTADT WINTERS JURELLER
                SOUTHARD & STEVENS, LLP

                By:  /s/Sean C. Southard
                    Sean C. Southard
                200 West 41st Street, 17th Floor
                New York, NY 10036
                Telephone: (212) 972-3000
                Facsimile: (212) 972-2245